■ In the Matter of CITY OF SARATOGA SPRINGS, Appellant, v COUNTY OF SARATOGA et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term (White, J.), entered March 15, 1985 in Saratoga County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to prohibit respondents from charging back against petitioner a portion of the cost of public assistance and care.

Judgment affirmed, with costs, upon the opinion of Justice James N. White at Special Term. Kane, J. P., Casey, Weiss, Levine and Harvey, JJ., concur.